UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| Capstar Radio Operating Company, a Delaware Corporation, : : : : Plaintiff, : : v. : : Anthony Campbell; Louis Carpino; Adam Gross; : Jose Luis Torres; Citadel Broadcasting Corporation, : a Nevada Corporation; and John Does 1-10, : : Defendants. :: | No. 08 CV 2976 (LAK) **RULE 7.1 STATEMENT FOR CITADEL BROADCASTING CORPORATION** Filed Electronically |

------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Citadel Broadcasting Corporation, a publicly held non-governmental party, that Citadel Broadcasting Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

[remainder of page intentionally left blank; signature page follows]

22698069v1

-2-

Dated:  New York, New York
      March 24, 2008

DEBEVOISE & PLIMPTON LLP

By: /s/ Jeremy Feigelson
    Jeremy Feigelson (JF-4963)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants*

22698069v1