L. Lynnette Sarno (LS-2421)
Gloria Galant (GG-2818)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Plaintiff Capstar Radio Operating Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Capstar Radio Operating Company, a Delaware
Corporation,

                Plaintiff,

        v.

Anthony Campbell; Louis Carpino; Adam Gross;
Jose Luis Torres; Citadel Broadcasting Corporation,
a Nevada Corporation; and John Does 1-10,

                Defendants.

-----------------------------------------------------------------x

**ECF CASE**

08 Civ. 2976

**NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, plaintiff Capstar Radio Operating Company ("Capstar"), by its undersigned counsel, hereby dismisses *without prejudice*, all claims and causes of action against defendants Anthony Campbell; Louis Carpino; Adam Gross; Jose Luis Torres; Citadel Broadcasting Corporation, a Nevada Corporation; and John Does 1-10 (collectively, "Defendants") in the above-captioned action, without costs or attorneys' fees to

NY1 26507584.1

any party, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.  No defendants have served an answer or motion for summary judgment herein.

Dated: New York, New York
       March 25, 2008

>                               SEYFARTH SHAW LLP
>
>                               By: _____
>                                   L. Lynnette Sarno, Esq.
>                                   Gloria Galant, Esq.
>                               620 Eighth Avenue
>                               New York, New York  10018
>                               (212) 218-5500
>
>                               Attorneys for Plaintiff
>                               Capstar Radio Operating Company

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Jeremy Feigelson, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022
>
> *Attorneys for Defendants*

                                      s// L. Lynnette Sarno
                                      L. Lynnette Sarno (LS-2421)