L. Lynnette Sarno, Esq. (LS-2421)
Gloria Galant, Esq. (GG-2818)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Plaintiff
Capstar Radio Operating Company

**JUDGE KAPLAN**

**08 CV 2976**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Capstar Radio Operating Company, a Delaware :
Corporation, :
: 
: **RULE 65 CERTIFICATION**
          Plaintiff, :
:
     v. :
:
Anthony Campbell; Louis Carpino; Adam Gross; :
Jose Luis Torres; Citadel Broadcasting Corporation, :
a Nevada Corporation; and John Does 1-10, :
:
          Defendants. :
:
------------------------------------------------------------x

JAMES S. YU, pursuant to Rule 65(a)(1) of the Federal Rules of Civil Procedure, hereby certifies as follows:

1. I am a member of the Bar of this Court and an associate with the law firm Seyfarth Shaw LLP, attorneys for the plaintiff Capstar Radio Operating Company, a Delaware Corporation, which is an indirect subsidiary of Clear Channel Communications Inc., a Texas Corporation ("Clear Channel"), in the above-captioned caption.

2. On this day, March 21, 2008, at approximately 2:15 p.m., I telephoned Steve Borneman, General Manager of WABC, an affiliate of defendant Citadel

Broadcasting Corporation at the following telephone number: (212) 613-3800. A message recording answered the telephone advising that the office was closed. There was no voicemail or message service that enabled me to leave a message with Mr. Borneman.

3. Shortly thereafter, I sent an email to Mr. Borneman at steveborneman@citcomm.com, at approximately 2:45 p.m. today. In this email I advised Mr. Borneman that in accordance with Rule 65 of the Federal Rules of Civil Procedure, at approximately 3:00 p.m. today, I would be seeking a temporary restraining order against Citadel Broadcasting Corporation at the United States Courthouse for the Southern District of New York, as well as against defendants Anthony Campbell, Louis Carpino, Adam Gross, and Jose Luis Torres (the "Individual Defendants).

4. I advised in the email that the basis for the application is based on the Complaint in this action, which alleges breaches of the Individual Defendants' respective employment agreements with Clear Channel, misappropriation of confidential information, and unfair competition, among other claims.

5. I further requested that Mr. Bornman forward my notice to the Individual Defendants.

Dated: New York, New York
       March 21, 2008

By: _____
James S. Yu (JY-9734)
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Plaintiff
Capstar Radio Operating Company