L. Lynnette Sarno, Esq.
Gloria Galant, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Plaintiff
  Capstar Radio Operating Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Capstar Radio Operating Company, a Delaware     :
Corporation,                                    :
                                                :
              Plaintiff,                        :  08-CV- 2976 (LAK)
                                                :
       v.                                       :
                                                :
Anthony Campbell; Louis Carpino; Adam Gross;    :
Jose Luis Torres; Citadel Broadcasting Corporation, :
a Nevada Corporation; and John Does 1-10,       :
                                                :
              Defendants.                       :
                                                :
------------------------------------------------------------x

## NOTICE OF MOTION FOR ORDER ACCEPTING PLAINTIFF'S FILING OF ITS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, upon the annexed Declaration of L. Lynnette Sarno, dated April 21, 2008, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and upon all of the papers and proceedings herein, Capstar Radio Operating Company ("Capstar") will move this Court on a date and time to be set by the Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, United States District Court Southern District of New York, 500 Pearl Street, New York, New York, for an order: (1) accepting Plaintiff's filing of its Notice of Voluntary Dismissal Without Prejudice by ECF on March 25, 2008 against each

Defendant pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(A); and or in the alternative, (2) dismissing Plaintiff's Complaint against each Defendant without prejudice, pursuant to Fed. R. Civ. Pro. Rule 41(a)(2), and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1 of the Local Rules of United States District Court for the Southern and Eastern Districts of New York, Defendant's opposition papers to Capstar's motion, if any, are to be served on the undersigned on or before May 5, 2008, and Capstar's reply papers, if any, must be served no later than May 12, 2008.

Dated:   New York, New York
         April 21, 2008

                                    Respectfully submitted,

                                    SEYFARTH SHAW LLP

                                    By: _____
                                    L. Lynnette Sarno (LS-2421)
                                    Gloria Galant (GG-2818)
                                    620 Eighth Avenue
                                    New York, New York 10018
                                    Telephone: (212) 218-5500
                                    Fax: (212) 218-5526

                                    Attorneys for Defendant Capstar Radio
                                    Operating Company

## CERTIFICATE OF SERVICE

L. Lynnette Sarno, certifies that I caused a true and correct copy of *Plaintiff's Motion For an Order Deeming its Notice of Voluntary Dismissal Without Prejudice Effective Pursuant to Rule 41(a)(1)(A),* via Hand Delivery, on this 21st day of April, 2008 to be served upon:

>Jeremy Feigelson, Esq.
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, New York 10022

_____
L. Lynnette Sarno (LS-2421)